**SEALED** FILED

1 | McGREGOR W. SCOTT
    United States Attorney
2 | MARLON COBAR
    Assistant U.S. Attorney
3 | 3654 Federal Building
    1130 "O" Street
4 | Fresno, California 93721
    Telephone:  (209) 498-7272
5 |

2006 JAN -5  ᐅ 4: 54

CLERK. US DIST. COURT
EASTERN DIST. OF CALIF
FRESNO
BY
DEPU

6 |

7 |

8 |                IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                     EASTERN DISTRICT OF CALIFORNIA

10 |                                    **1:  06 CR 0 0 4    AWI**
     UNITED STATES OF AMERICA,     )  CR.NO.
11 |                               )
                   Plaintiff,     )  EX PARTE MOTION TO SEAL
12 |                               )  INDICTMENT PURSUANT
            v.                     )  TO RULE 6(e), FEDERAL
13 |                               )  FEDERAL RULES OF
                                   )  CRIMINAL PROCEDURE
14 | NB TRUCKING, INC., et al.     )
                                   )
15 |           Defendants.         )
                                   )
16 |

17 |      The government moves the Court, pursuant to Rule 6(e) of the

18 | Federal Rules of Criminal Procedure, to order and direct that the

19 | Indictment returned by the Grand Jury on January 4, 2006,

20 | charging the above defendants with a violation of Title 18,

21 | United States Code, Section 371 - Conspiracy to make False

22 | Statements to a Government Agency and other violations, be kept

23 | secret until the defendants named in the Indictment are either in

24 | custody or have been given bail on these offenses; and further

25 | order that until such time as the defendants are in custody or

26 | have been given bail, that no person shall disclose the finding

27 | of the Indictment or any warrants issued pursuant thereto, except

28 |

1

1  when necessary for the issuance and execution of the warrants.

2  DATED: January 5 2006                    Respectfully submitted,

3                                           McGREGOR W. SCOTT
                                            United States Attorney
4
                                            By
5                                             MARLON COBAR
                                            Assistant U.S. Attorney
6

7  ORDERED as prayed this  5  day of January 2006

8
                                            U.S. Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28