```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   ) CASE NO. 1:06CR004 AWI
                                )
11            Plaintiff,        ) ORDER FOR AND AND DISMISSAL OF
                                ) INDICTMENT
12       v.                     )
                                )
13  NB TRUCKING INC, ET AL.,    )
                                )
14            Defendants.       )
                                )
15                              )
16
17      The United States Attorney's Office, pursuant to Rule 48(a)
18  of the Federal Rules of Criminal Procedure, hereby moves to
19  dismiss the indictment, against all defendants listed in NB
20  TRUCKING, INC, ET AL., in the interest of justice and without
21  prejudice.  This case was consolidated with Nijjar Brothers
22  Trucking, Inc., et al., Case No. 1:04CR5356 AWI.
    DATED: March 20, 2009             Respectfully submitted,
23
                                      LAWRENCE G. BROWN
24                                    Acting United States Attorney
25
                                   By  /s/ Mark E. Cullers
26                                    MARK E. CULLERS
                                      Assistant U.S. Attorney
27
28

                                  1
```

IT IS HEREBY ORDERED, that the Indictment against all defendants listed in NB TRUCKING, INC, ET AL., be dismissed in the interest of justice and without prejudice. This case was consolidated with Nijjar Brothers Trucking, Inc., et al., Case No. 1:04CR5356 AWI.

IT IS SO ORDERED.

**Dated:   March 20, 2009**                                  /s/ Anthony W. Ishii
                                                           CHIEF UNITED STATES DISTRICT JUDGE